1    JOHN S. LEONARDO
     United States Attorney
2    District of Arizona
     Carin C. Duryee
3    Assistant U.S. Attorney
     United States Courthouse
4    405 W. Congress Street, Suite 4800
     Tucson, Arizona 85701
5    Telephone: 520-620-7300
     Email: carin.duryee@usdoj.gov
6    Attorneys for Plaintiff

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      FOR THE DISTRICT OF ARIZONA

10   United States of America,                CR15- 850 TUC

11                      Plaintiff,            I N D I C T M E N T

12          vs.                               Violations:

13                                            18 USC §§ 2252(a)(2) and (b)(1)
                                              (Distribution of Child Pornography)
14                                            Counts 1 through 3

15   JOHN PETER VITALE,                       18 USC §§ 2252A(a)(5)(B) and (b)(2)
                                              (Possession of Child Pornography)
16                      Defendant.            Counts 4 and 5

17                                            18 USC §§ 2252(a)(2) and (b)(1)
                                              (Receipt of Child Pornography)
18                                            Count 6

19

20
     THE GRAND JURY CHARGES:
21
                              COUNT ONE
22
                  DISTRIBUTION OF CHILD PORNOGRAPHY
23
24          On or about June 3, 2013, in Tucson, in the District of Arizona, JOHN PETER

25   VITALE, using any means or facility of interstate or foreign commerce, did knowingly

26   distribute child pornography, that is, visual depictions, the production of which involved

27
     the use of minors engaging in sexually explicit conduct, as defined in Title 18, United
28

States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"-    a firsttimedick (1).JPG"
"0_90866800_1184709699.jpg" and
"11 yo screw.1.wmv"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about August 12, 2013, in Tucson, in the District of Arizona, JOHN PETER VITALE, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"!!!!3y+baby+penetrated-1.wmv"
"-    a firsttimedick (1).JPG" and
"0_58282100_1184479809.jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

*United States of America v. John Vitale*
*Indictment Page 2 of 6*

## COUNT THREE

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about September 5, 2013, in Tucson, in the District of Arizona, JOHN PETER VITALE, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"- a firsttimedick (1).JPG"
"(pthc-jho-Lolifuck) 9 yo blondie sucks man off (Sound) NEW 2008.wmv" and "1b.jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FOUR

## POSSESSION OF CHILD PORNOGRAPHY

On or about October 2, 2013, in Tucson, in the District of Arizona, JOHN PETER VITALE did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was

produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, JOHN PETER VITALE knowingly possessed on an HP ProBook 4530s laptop computer, (s/n: CNU2133N1D) images of child pornography, including, but not limited to, the following files:

"(pthc frifam lolifuck) Julia 8yo sucks Dads cock (Sound) 2011.mpg
! new ! (pthc) 2007 tara 8yr - tara gets pissed on.avi
! best a+p fuck sampler.avi
!new┬í 2009 tara 15th-(uncensored at last!)(very selective trade.wmv
5yo kait dad exctasy.avi
9 year old jenny full.avi
baby8suck.avi
babylover. Second suck - shes a natural (48s).mp4
__boytied.mpeg

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT FIVE

### POSSESSION OF CHILD PORNOGRAPHY

On or about October 2, 2013, in Tucson, in the District of Arizona, JOHN PETER VITALE did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, JOHN PETER VITALE knowingly possessed on Gateway

computer tower, (s/n: XAB5151005606) images of child pornography, including, but not limited to, the following files:

"IMG_0500.MOV
sd1 (07).jpg
98-1.jpg
[000928].wmv
4 years.avi

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT SIX

### RECEIPT OF CHILD PORNOGRAPHY

Between the dates of January 2, 2012 and August 24, 2012, in Tucson, in the District of Arizona, JOHN PETER VITALE using any means or facility of interstate or foreign commerce, did knowingly receive, child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), which depicted pre-pubescent minors and which depicted such conduct, that had been mailed, or otherwise shipped or transported in or affecting interstate or foreign commerce, by any means including by computer, including, but not limited to:

"rp (78).jpg"
"rp (81).jpg"
"sd1 (06).jpg"
"sd1 (07).jpg"
"sd1 (09).jpg" and
"an1.wmv"

1

2

3    All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

4

5                                              A TRUE BILL

6

7                                                  / S /

8                                              _____
                                               Presiding Juror
9

10   JOHN S. LEONARDO                                          MAY 0 6 2015
     United States Attorney
11   District of Arizona

12           / S /

13   Carin C. Duryee
     Assistant U.S. Attorney
14                                                      REDACTED FOR
                                                      PUBLIC DISCLOSURE
15

16

17

18

19

20

21

22

23

24

25

26

27   *United States of America v. John Vitale*
     *Indictment Page 6 of 6*
28